**UNITED STATES DISTRICT COURT**
**District of Connecticut**

**AFFIDAVIT OF SERVICE**



Index no : **3:21-CV-01075-RNC**

**Columbia Casualty Company, et al**

       Plaintiff(s),

vs.

**The Nash Engineering Company**

       Defendant(s).

**STATE OF CONNECTICUT**
                      ss: East Hartford
**HARTFORD COUNTY**

**Christine Foran**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **08/13/2021** at **12:38 PM**, I served the within **Summons in Civil Case; Civil Cover Sheet; Declaratory Judgment Complaint, Jury Trial Demand; Corporate Disclosure Statement of Plaintiff Columbia Casualty Company; Corporate Disclosure Statement of Plaintiff Berkshire Hathaway Specialty Insurance Company; Order on Pretrial Deadlines; Electronic Filing Order; Standing Protective Order; Exhibit A** on **Nash Engineering Company** at **c/o United States Corporation Company, Reg. Agent, 100 Pearl Street, 16th Fl, Hartford, CT 06103** in the manner indicated below:

CORPORATE SERVICE: By delivering a true copy of each to **Jamie Martin, Controller** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Nash Engineering Company**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown/Blonde | 50 | 5'4" | 150 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
August 13, 2021
by an affiant who is personally known to
me or produced identification.

X _____
Christine Foran
Connecticut Process Serving, LLC
67 Burnside Ave
East Hartford, CT 06108
888.528.2920
Atty File#:

_____
NOTARY PUBLIC
My Commission Expires: _____

AMY J. CHANTRY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/2023