# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| COLUMBIA CASUALTY COMPANY, and BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>THE NASH ENGINEERING COMPANY,<br><br>Defendant. | C.A. No.: 3:21-cv-01075-RNC |

## MOTION OF DEFENDANT, THE NASH ENGINEERING COMPANY, FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

### [WITH PLAINTIFFS' CONSENT]

The Defendant, The Nash Engineering Company ("Defendant"), by and through undersigned counsel, moves this Honorable Court for an extension of time to respond to the Complaint (ECF 1) and as grounds therefore states:

1. The Complaint was served on Defendant on August 13, 2021 and a response is due to be filed on or before September 3, 2021.

2. The undersigned counsel underwent a medical procedure on August 10, 2021 that kept him out of work for much of the two (2) weeks immediately following the procedure and, due to the procedure, coupled with a heavy workload, is requesting a fourteen (14) day extension of time up to and including September 17, 2021 to file a response to the Complaint.

3. As indicated in the following Local Rule 7(b) certificate, this motion is made for good cause and with Plaintiffs' consent to the granting of this motion.

WHEREFORE, Defendant, The Nash Engineering Company, prays this court will grant this motion and extend the time for it to file and serve a response to the Complaint up to and including September 17, 2021.

## LOCAL RULE 7(b) CERTIFICATE

The undersigned counsel for Defendant represents to the court that, in connection with this Motion for Extension of Time, he conferred with Kevin J. O'Connor, Esq., who is counsel for the Plaintiffs, Columbia Casualty Company and Berkshire Hathaway Specialty Insurance Company, and that Plaintiffs consent to the granting of this motion.  Additionally, the undersigned counsel respectfully submits that the requested extension of time is made for good cause shown in paragraph 2 above, and is Defendant, The Nash Engineering Company's, first request for an extension of time.

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2021, I caused a true copy of the foregoing to be filed with the Clerk of the United States District Court for the District of Connecticut through the Court's Electronic Case Filing system ("ECF") and to be served through ECF upon counsel of record. Notice of the filing will be sent by operation of the Court's ECF system to all parties indicated on the electronic filing receipt.

**BLANK ROME LLP**

*/s/ Jared Zola*
Jared Zola, Fed. Bar No. 29947
jzola@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
Tel.:   212.885.5000
Fax:   212.885.5001

*Attorneys for Defendant, The Nash Engineering Company*

August 31, 2021