UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| COLUMBIA CASUALTY COMPANY, and<br>BERKSHIRE HATHAWAY<br>SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE NASH ENGINEERING COMPANY,<br><br>    Defendant. | )<br>)<br>)   C.A. No.: 3:21-cv-01075-RNC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SECOND MOTION OF DEFENDANT, THE NASH ENGINEERING COMPANY, FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

### [WITH PLAINTIFFS' CONSENT]

The Defendant, The Nash Engineering Company ("Defendant"), by and through undersigned counsel, moves this Honorable Court for an extension of time to respond to the Complaint (ECF 1) and as grounds therefore states:

    1.    The Complaint was served on Defendant on August 13, 2021.

    2.    By letter dated and transmitted to Plaintiffs' counsel on August 24, 2021, Defendant proposed that the parties to the instant declaratory judgment lawsuit work to resolve their dispute in mediation to be scheduled expeditiously with a mutually agreeable mediator who is well-versed in insurance coverage issues and disputes.

    3.    Defendant filed a motion, with Plaintiffs' consent, on August 31, 2021 (ECF 12) seeking an extension of time from September 3, 2021 to September 17, 2021 to file a response to the Complaint.

1

4. By Order dated August 31, 2021, the Court granted Defendant's motion and extended its time to respond to the Complaint from September 3, 2021 to September 17, 2021 (ECF 13).

5. The parties are currently engaged in discussions regarding Defendant's mediation proposal and the conditions on which Plaintiffs would agree to the proposed mediation. As those discussions are ongoing, Defendant requests an additional eighteen (18) day extension of time to respond to the Complaint up to and including October 5, 2021.

6. As indicated in the following Local Rule 7(b) certificate, this motion is made for good cause and with Plaintiffs' consent to the granting of this motion.

WHEREFORE, Defendant, The Nash Engineering Company, prays this Court will grant this motion and extend the time for it to file and serve a response to the Complaint up to and including October 5, 2021.

## LOCAL RULE 7(b) CERTIFICATE

The undersigned counsel for Defendant represents to the Court that, in connection with this Motion for Extension of Time, he conferred with Kevin J. O'Connor, Esq., who is counsel for the Plaintiffs, Columbia Casualty Company and Berkshire Hathaway Specialty Insurance Company, and that Plaintiffs consent to the granting of this motion. Additionally, the undersigned counsel respectfully submits that the requested extension of time is made for good cause shown in paragraphs 2-5 above, and is Defendant, The Nash Engineering Company's, second request for an extension of time.

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, I caused a true copy of the foregoing to be filed with the Clerk of the United States District Court for the District of Connecticut through the Court's Electronic Case Filing system ("ECF") and to be served through ECF upon counsel of record. Notice of the filing will be sent by operation of the Court's ECF system to all parties indicated on the electronic filing receipt.

                    **BLANK ROME LLP**

                    */s/ Jared Zola*
                    Jared Zola, Fed. Bar No. 29947
                    jzola@blankrome.com
                    1271 Avenue of the Americas
                    New York, NY 10020
                    Tel.:   212.885.5000
                    Fax:   212.885.5001

                    *Attorneys for Defendant, The Nash*
                    *Engineering Company*

September 14, 2021